IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANK JONES,

    Plaintiff,

vs.                                      CASE NO. 5:07cv190/RS-EMT

DEPARTMENT OF CORRECTIONS,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion Request for TRO (for Temporary Restraining Order) (Doc. 11) is denied.

ORDERED on October 17, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**