IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANK JONES,

        Plaintiff,

vs.                               CASE NO. 5:07cv190/RS-EMT

DEPARTMENT OF CORRECTIONS,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 45).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Notice of Voluntary Dismissal (Doc. 44) is **granted**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on July 8, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**